24

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 17 1996

Michael N. Milby, Clerk

STUART G. HAYNSWORTH, *et al.*, §
§
Plaintiffs, §
§
versus § CIVIL ACTION H-96-210
§
LLOYD'S OF LONDON, *et al.*, §
§
Defendants. §

FINAL JUDGMENT

This case is dismissed.

Signed July __15__, 1996, at Houston, Texas.

Lynn N. Hughes
United States District Judge